# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 25-106 PA | Date | August 26, 2025 |
|---|---|---|---|

Present: The Honorable   **PERCY ANDERSON, U.S. DISTRICT JUDGE**

Interpreter   Mandarin - Yanyan Liu

| Kamilla Sali-Suleyman | Laura Elias | Colin Scott, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2. Chenyu Zhao | √ | √ | | 2. JJ Zhang | √ | | √ |

**Proceedings:**   **SENTENCING** (Continued)

Cause called; appearances made.  The Court confers with defense counsel and the defendant outside the presence of government counsel.  That portion of the transcript is ordered sealed.  The matter is continued to September 4, 2025, at 1:30 p.m.

IT IS SO ORDERED.

|  | : | 31 |
|---|---|---|
| Initials of Deputy Clerk | | KSS |

cc: USPO, PSA, BOP, USMO