# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CR 25-106 PA |
| Date | August 25, 2025 |

**Present: The Honorable** PERCY ANDERSON, U.S. DISTRICT JUDGE

**Interpreter** Mandarin - Yanyan Liu

| Kamilla Sali-Suleyman | Terri Hourigan | Declan Conroy, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2. Chenyu Zhao | √ | √ | | 2. JJ Zhang | √ | | √ |

**Proceedings:**   **SENTENCING** (Continued)

Cause called; appearances made. Before the Court is a Motion to Withdraw as Attorney by JJ Zhang, (Docket No. 64). The Court confers with defense counsel and the defendant outside the presence of government counsel. That portion of the transcript is ordered sealed. The matter is continued to August 26, 2025, at 3:30 p.m.

IT IS SO ORDERED.

:  32

Initials of Deputy Clerk   KSS

cc: USPO, PSA, BOP, USMO